UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

In re: )
)
RICHARD L. MATTHEWS ) Case No. 13-10521-BFK
) Chapter 7
Debtor )

**ORDER REQUIRING TRANSCRIPT TO BE FILED**

It appearing necessary that a transcript be prepared and filed in the above case, it is,

**ORDERED:**

1. A transcript of the hearing held on February 20, 2013, in the above-captioned proceeding, be prepared and filed herein by Diversified Reporting Services, Inc. by May 20, 2013.

2. The clerk will mail a copy of this order, or give electronic notice of its entry, to the parties listed below.

Date: Apr 19 2013

Alexandria, Virginia

/s/ Brian F. Kenney

Brian F. Kenney
United States Bankruptcy Judge

Entered on Docket: April 22, 2013

Copies to:

Richard L Matthews
4592 Hillside Court
Warrenton, VA 20187
Debtor

Scott Alan Weible, Esquire
Scott Alan Weible, P.L.L.C.
The Haymarket Professional Building
14540 John Marshall Highway, Suite 201
Gainesville, VA 20155-1693
Counsel for the debtor

Ann M. Callaway, Esquire
15 Garrett Street
Warrenton, VA 20186
Conservator for George A. Gray, III

Donald F. King, Esquire
Odin, Feldman & Pittleman
1775 Wiehle Avenue, Suite 400
Reston, VA 20190
Chapter 7 Trustee

Jack Frankel, Esquire
Office of the U.S. Trustee
115 South Union Street, Ste. 210
Alexandria, VA 22314