**United States Bankruptcy Court**
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 13−10521−BFK
**Chapter** 7
**Judge** Brian F. Kenney

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Richard L Matthews
 4592 Hillside Court
Warrenton, VA 20187

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
    Debtor: xxx−xx−9186

Employer Tax−Identification (EIN) No(s).(if any):
    Debtor:  NA

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript was filed on May 17, 2013 in the above−referenced case, event text as shown below:

Transcript filed Re: Hearing Held 2/20/2013, regarding Matthews. Remote electronic access to the transcript is restricted until 08/15/2013. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [For information about how to contact the transcriber, call the Clerk's Office] or [Contact the Court Reporter/Transcriber DRS, Inc., Telephone number 202−467−9200.] [Transcript Purchased by Honorable Judge Kenney.] (RE: related document(s) [19] Hearing held; Matter Taken Under Advisement with a Bridge Order to be entered (related document(s): 4 Motion to Extend Automatic Stay Pursuant to 11 U.S.C. Section 362(c)(3)(B)) Appearances : Ann M. Callaway, Scott Alan Weible, James Reynolds(lawsont), [20] Hearing held; Matter Taken Under Advisement with a Bridge Order to be entered (related document(s): 10 Motion to Dismiss Case) Appearances : Ann M. Callaway, Scott Alan Weible, James Reynolds (lawsont)). Notice of Intent to Request Redaction Deadline Due By 05/24/2013. Redaction Request Due By 06/7/2013. Redacted Transcript Submission Due By 06/17/2013. Transcript access will be restricted through 08/15/2013. (Yenchochic, Michelle)


    The parties have [until May 24, 2013] [seven (7) calendar days from the date of filing of the transcript] to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is [June 7, 2013] [21 days from the date of filing of the transcript].

    If a request for redaction is filed, the redacted transcript is due [June 17, 2013] [31 days from the date of filing of the transcript].

    If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is [August 15, 2013] [90 calendar days from the date of filing of the transcript] unless extended by court order.

    To review the transcript for redaction purposes, you may purchase a copy from the transcriber or you may view the document at the clerk's office public terminal.

                                                    **William C. Redden**
                                                    **Clerk, United States Bankruptcy Court**

Date:  May 17, 2013


[ntctranredact.jsp 3/2009]

```
                            United States Bankruptcy Court
                             Eastern District of Virginia
In re:                                                              Case No. 13-10521-BFK
Richard L Matthews                                                  Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0422-9          User: voehle                Page 1 of 2            Date Rcvd: May 17, 2013
                              Form ID: redacttr           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2013.
db             +Richard L Matthews,    4592 Hillside Court,    Warrenton, VA 20187-2543

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 19, 2013**                           **Signature:** *Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2013 at the address(es) listed below:
          Ann M. Callaway    on behalf of Creditor Ann M. Callaway acallaway@anncallawaylaw.com
          Donald F. King    Kingtrustee@ofplaw.com,  va13@ecfcbis.com;dfking@ecf.epiqsystems.com
          Donald F. King    on behalf of Trustee Donald F. King donking@ofplaw.com
          Scott Alan Weible    on behalf of Debtor Richard L Matthews scott@weible.com,
    hdstgermain@weible.com;reception@weible.com;weiblelaw.ecfmail@gmail.com;paralegal@weible.com
                                                                                                          TOTAL: 4